No. 69, Orig.  MAINE ET AL. *v.* NEW HAMPSHIRE.  Motion for leave to file bill of complaint set for oral argument.

No. 74–1110.  EASTERN KENTUCKY WELFARE RIGHTS ORGANIZATION ET AL. *v.* SIMON, SECRETARY OF THE TREASURY, ET AL.; and

No. 74–1124.  SIMON, SECRETARY OF THE TREASURY, ET AL. *v.* EASTERN KENTUCKY WELFARE RIGHTS ORGANIZATION ET AL.  C. A. D. C. Cir.  [Certiorari granted, 421 U. S. 975.]  Motion of United Methodist Church et al. for leave to file a brief as *amici curiae* denied.

No. 74–1529.  HENDERSON, CORRECTIONAL SUPERINTENDENT *v.* MORGAN.  C. A. 2d Cir.  [Certiorari granted, *ante,* p. 821.]  Motion of respondent for appointment of counsel granted, and Joseph E. Lynch, Esquire, of Auburn, N. Y., is appointed to serve as counsel for respondent in this case.